# UNITED STATES COURT OF APPEALS

## SECOND CIRCUIT
### UNITED STATES COURTHOUSE
### 225 CADMAN PLAZA EAST
### BROOKLYN, NEW YORK 11201

REENA RAGGI
*United States Circuit Judge*

August 6, 2008

Hon. Ortrie D. Smith
Judicial Conference of the United States
Committee on Financial Disclosure
One Columbus Circle, N. E.
Washington, D.C. 20544

Re: <u>2007 Financial Disclosure Report</u>

Dear Judge Smith:

In response to your letter of July 9, 2008, asking for clarification as to the current status of two assets, "U.S. Treasury Strips," and "Citigroup Global Markets, Inc. Account No. 3D," I no longer own these assets. I am transmitting three copies of an amended report indicating this status at Part VII, page 5, lines 19 and 20, as I expect it will make future record review easier at both ends to have a single document reflect my 2007 filing.

Thank you.

Very truly yours,

Reena Raggi

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>RAGGI, REENA | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | MEMBER, JUDICIAL ADVISORY BOARD | GEORGE MASON SCHOOL OF LAW, CENTER FOR LAW AND ECONOMICS |
| 2. | MEMBER, PARISH COUNCIL | CHURCH OF THE ASSUMPTION, BROOKLYN NEW YORK |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✓ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YALE LAW SCHOOL | DECEMBER 10, 2007 | NEW HAVEN | MOOT COURT | HOTEL AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK PREFERRED MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 2. CITIBANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 3. CITIBANK CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 4. CITI NEW YORK TAX FREE RESERVE MMF - R | D | Interest | M | T | | | | | |
| 5. CITI NEW YORK TAX FREE RESERVE MMF -● | B | Interest | L | T | | | | | |
| 6. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.1 - R | | | | | | | | | |
| 7. -FEDERAL HOME LOAN BANK CONS BONDS | D | Interest | | | REDEMPTION | 11/27 | M | A | |
| 8. -FEDERAL FARM CREDIT BANK CONS BONDS | D | Interest | L | T | REDEEM PART | 10/02 | L | A | |
| 9. -NEW YORK CITY HLTH & HOSP CRP TAX EXEMPT MUNI BONDS | C | Interest | | | REDEMPTION | 10/30 | L | A | |
| 10. -NEW YORK CITY GENL OBLIG TAX EXEMPT OID | | None | | | | | | | |
| 11. -U.S. TREASURY NOTES SER R 2001 DTD 12/31/2006 | D | Interest | O | T | BUY | 11/09 | O | | |
| 12. -FEDERAL HOME LOAN BANK CONS BOND DTD 05/18/2005 | A | Interest | M | T | BUY | 10/24 | M | | |
| 13. -FEDERAL HOME LOAN BANK CONS BONDS DTD 01/29/03 | | None | M | T | BUY | 10/24 | M | | |
| 14. -NEW YORK ST URBAN DEV CORP REV RFDG | | None | M | T | BUY | 11/09 | M | | |
| 15. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.2 -● | | | | | | | | | |
| 16. -FEDERAL NATL MTG MEDIUM TERM NOTE | D | Interest | M | T | | | | | |
| 17. -VARIOUS NY STATE AND NY CITY TAX EXEMPT MUNI BONDS | D | Interest | | | REDEMPTION | 11/28 | M | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NY STATE DORM AUTH REVS ST TAX EXEMPT OID | C | Interest | K | T | PART REDEEM | 10/30 | M | A | |
| 19. -U.S. TREASURY STRIPS | | None | | | CLOSED | | | | |
| 20. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.3 -● | | | | | CLOSED | | | | |
| 21. GREENWICH ST.EMPLOYEES FUND | A | Int./Div. | | | CLOSED | 02/05 | J | | |
| 22. NY COLLEGE SAVINGS ACCT - ● | | None | | | CLOSED | 01/31 | J | | |
| 23. NY COLLEGE SAVINGS ACCT - R | | None | | | CLOSED | 01/31 | J | | |
| 24. KEOGH PLAN - MERRILL LYNCH-D | B | Interest | M | T | | | | | |
| 25. CITIGROUP 401K PLAN | | | | | | | | | |
| 26. -STANDISH MELLON STABLE VALUE | A | Int./Div. | L | T | | | | | |
| 27. -RUSSELL 3000 INDEX | C | Int./Div. | N | T | | | | | |
| 28. CITIBANK IRA MONEY MARKET ACCOUNT-R | B | Interest | M | T | | | | | |
| 29. CHARLES SCHWAB MMF IRA ACCOUNT -● | | None | | | CLOSED | 11/27 | L | | |
| 30. CHARLES SCHWAB & CO INC CUST IRA ROLLOVER | | None | L | T | OPENED | 11/27 | L | | |
| 31. VANGUARD NEW YORK TAX-EXEMPT MMF | D | Interest | O | T | OPENED | 09/27 | O | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAGGI, REENA | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) PART VII, PAGE 5, LINE 21: THIS ASSET WAS TRANSFERRED TO THE ESTATE ██████████ ON FEBRUARY 5, 2007.

2) PART VII, PAGE 5, LINE 26: THIS ASSET WAS FORMERLY KNOW AS STABLE VALUE FUNDS.

3) PART VII, PAGE 5, LINE 27: THIS ASSET WAS FORMERLY KNOW AS SALOMON CAPITAL FUND.

4) PART VII, PAGE 5, LINE 30: THIS ASSET REPRESENTS FUNDS FROM A DIRECT ROLLOVER OF AN IRA ACCOUNT OWNED BY ██████ ██████ (DEC 02/05/2007).

5) PART VII, PAGE 5, LINE 31: THIS ASSET ACCOUNT WAS OPENED ON 09/27/2007 FROM THE PROCEEDS OF A LIFE INSURANCE POLICY ON ████████████ (DEC 02/05/2007).

6) PART VI1,PAGE 5, LINE 20: THIS ACCOUNT WAS CLOSED ON JULT 5, 2006.

7) PART VI1,PAGE 5, LINE 19: THESE ASSETS WERE REDEMED ON NOVEMBER 15, 2006

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>RAGGI, REENA | 2. Court or Organization<br><br>U.S. COURT OF APPEALS, 2ND CIR | 3. Date of Report<br><br>05/05/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES CIRCUIT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. COURTHOUSE<br>225 CADMAN PLAZA EAST<br>BROOKLYN, NY 11201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. MEMBER, JUDICIAL ADVISORY BOARD | GEORGE MASON SCHOOL OF LAW, CENTER FOR LAW AND ECONOMICS |
| 2. MEMBER, PARISH COUNCIL | CHURCH OF THE ASSUMPTION, BROOKLYN NEW YORK |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2008 MAY 16 A 10: 14 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | YALE LAW SCHOOL | DECEMBER 10, 2007 | NEW HAVEN | MOOT COURT | HOTEL AND MEALS |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIBANK PREFERRED MONEY MARKET ACCOUNT | A | Interest | J | T | | | | | |
| 2. CITIBANK SAVINGS ACCOUNT | A | Interest | J | T | | | | | |
| 3. CITIBANK CHECKING ACCOUNT | A | Interest | J | T | | | | | |
| 4. CITI NEW YORK TAX FREE RESERVE MMF - R | D | Interest | M | T | | | | | |
| 5. CITI NEW YORK TAX FREE RESERVE MMF -● | B | Interest | L | T | | | | | |
| 6. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.1 - R | | | | | | | | | |
| 7. -FEDERAL HOME LOAN BANK CONS BONDS | D | Interest | | | REDEMPTION | 11/27 | M | A | |
| 8. -FEDERAL FARM CREDIT BANK CONS BONDS | D | Interest | L | T | REDEEM PART | 10/02 | L | A | |
| 9. -NEW YORK CITY HLTH & HOSP CRP TAX EXEMPT MUNI BONDS | C | Interest | | | REDEMPTION | 10/30 | L | A | |
| 10. -NEW YORK CITY GENL OBLIG TAX EXEMPT OID | | None | | | | | | | |
| 11. -U.S. TREASURY NOTES SER R 2001 DTD 12/31/2006 | D | Interest | O | T | BUY | 11/09 | O | | |
| 12. -FEDERAL HOME LOAN BANK CONS BOND DTD 05/18/2005 | A | Interest | M | T | BUY | 10/24 | M | | |
| 13. -FEDERAL HOME LOAN BANK CONS BONDS DTD 01/29/03 | | None | M | T | BUY | 10/24 | M | | |
| 14. -NEW YORK ST URBAN DEV CORP REV RFDG | | None | M | T | BUY | 11/09 | M | | |
| 15. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.2 -● | | | | | | | | | |
| 16. -FEDERAL NATL MTG MEDIUM TERM NOTE | D | Interest | M | T | | | | | |
| 17. -VARIOUS NY STATE AND NY CITY TAX EXEMPT MUNI BONDS | D | Interest | | | REDEMPTION | 11/28 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -NY STATE DORM AUTH REVS ST TAX EXEMPT OID | C | Interest | K | T | PART REDEEM | 10/30 | M | A | |
| 19. -U.S. TREASURY STRIPS | | None | | | | | | | |
| 20. CITIGROUP GLOBAL MKTS INC ACCOUNT NO.3 -● | | | | | | | | | |
| 21. GREENWICH ST.EMPLOYEES FUND | A | Int./Div. | | | CLOSED | 02/05 | J | | |
| 22. NY COLLEGE SAVINGS ACCT -● | | None | | | CLOSED | 01/31 | J | | |
| 23. NY COLLEGE SAVINGS ACCT - R | | None | | | CLOSED | 01/31 | J | | |
| 24. KEOGH PLAN - MERRILL LYNCH-● | B | Interest | M | T | | | | | |
| 25. CITIGROUP 401K PLAN | | | | | | | | | |
| 26. -STANDISH MELLON STABLE VALUE | A | Int./Div. | L | T | | | | | |
| 27. -RUSSELL 3000 INDEX | C | Int./Div. | N | T | | | | | |
| 28. CITIBANK IRA MONEY MARKET ACCOUNT-R | B | Interest | M | T | | | | | |
| 29. CHARLES SCHWAB MMF IRA ACCOUNT -● | | None | | | CLOSED | 11/27 | L | | |
| 30. CHARLES SCHWAB & CO INC CUST IRA ROLLOVER | | None | L | T | OPENED | 11/27 | L | | |
| 31. VANGUARD NEW YORK TAX-EXEMPT MMF | D | Interest | O | T | OPENED | 09/27 | O | | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | ?2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | RAGGI, REENA | 05/05/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) PART VII, PAGE 5, LINE 21: THIS ASSET WAS TRANSFERRED TO THE ESTATE OF ███████████ ON FEBRUARY 5, 2007.

2) PART VII, PAGE 5, LINE 26: THIS ASSET WAS FORMERLY KNOW AS STABLE VALUE FUNDS.

3) PART VII, PAGE 5, LINE 27: THIS ASSET WAS FORMERLY KNOW AS SALOMON CAPITAL FUND.

4) PART VII, PAGE 5, LINE 30: THIS ASSET REPRESENTS FUNDS FROM A DIRECT ROLLOVER OF AN IRA ACCOUNT OWNED BY ██████. ██████ (DEC 02/05/2007).

5) PART VII, PAGE 5, LINE 31: THIS ASSET ACCOUNT WAS OPENED ON 09/27/2007 FROM THE PROCEEDS OF A LIFE INSURANCE POLICY ON ████████████ (DEC 02/05/2007).

| Name of Person Reporting | Date of Report |
|---|---|
| RAGGI, REENA | 05/05/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatur  5/7/08

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544